UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-63141-CIV-DIMITROULEAS

MARK EDELSBERG,

    Plaintiff,

vs.

RE FLORIDA HOMES, LLC,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal Without Prejudice [DE 16] (the "Notice"), filed herein on February 17, 2019. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 16] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 19th day of February, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

RE Florida Homes, LLC
2719 Hollywood Blvd., A-1395
Hollywood, FL 33020